IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SENSITECH INC. AND DONALD W. BERRIAN,<br><br>Plaintiff,<br><br>v.<br><br>TIME & TEMPERATURE COMPANY, d/b/a TIME 'N TEMPERATURE CORPORATION<br><br>Defendant. | Civil Action No. 04-11483 (MLW) |

## STIPULATION FOR EXTENSION
## OF TIME TO FILE RESPONSIVE PLEADINGS

Plaintiff, Sensitech, Inc., et al. and defendant, Time & Temperature Company, through their respective counsel, hereby stipulate, and respectfully request the Court, to extend the time for Time & Temperature Company to answer, move against, or otherwise respond to the complaint in this action for an additional 14 days, up to and including August 9, 2004.

John T. Gutkoski (BBO#567182) by TK with permission
Day, Berry & Howard
Attorney for Plaintiff
(Sensitech Inc. and Donald W. Berrian)
260 Franklin Street
Boston, MA 02110-3179
Tel. (312) 861-8000
Facsimile (312) 861-2899

Thomas C. O'Konski (BBO #377475)
Cesari and McKenna, LLP
Attorney for Defendant
(Time & Temperature Company)
88 Black Falcon Avenue
Boston, Massachusetts 02210
Tel. (617) 951-2500
Facsimile (617) 951-3927

Dated: July 21, 2004

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Stipulation for Extension of Time to File Responsive Pleadings is being deposited with the United States Postal Service on July 20, 2004, in an envelope addressed to counsel for plaintiff, Sensitech Inc. and Donald W. Berrian:

> John T. Gutkoski
> Day, Berry & Howard LLP
> 260 Franklin Street
> Boston, MA 02110-3179
>
> Matthew J. Becker
> Day, Berry & Howard LLP
> CityPlace I
> Hartford, CT 06103-3499
>
> Catherine Dugan O'Connor
> Day, Berry & Howard LLP
> One Cantebury Green
> Stamford, CT 06901-2047

_____
                                    [signature]

CHIDOCS02-623168-v1