| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:<br>DAY, BERRY & HOWARD<br>ONE CANTERBURY GREEN<br>STAMFORD, CT  06901<br><br>TELEPHONE NO.*(Optional)*  (203) 977-7300    FAX NO.*(Optional)*(203) 977-7301<br>EMAIL ADDRESS*(Optional)*:<br>ATTORNEY FOR*(Name)*:  PLAINTIFF | FOR COURT USE ONLY<br><br>FILED<br><br>2004 JUL 23  P 12: 48<br><br>U.S. DISTRICT COURT<br>DISTRICT OF MASS |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF:<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:  ,<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER:  SENSITECH<br>DEFENDANT/RESPONDENT:  TIME & TEMPERATURE | CASE NUMBER:<br>04-11483MLW |
| **PROOF OF SERVICE SUMMONS** | Ref No. or File No.<br>00020714-01 |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the:
   e. other *(specifiy documents)*:
   SUMMONS AND COMPLAINT; CIVIL CASE COVER SHEET; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; CORPORATE DISCLOSURE STATEMENT

3. a. Party Served: *(specify name of party as shown on the documents served)*:
   TIME & TEMPERATURE COMPANY D/B/A TIME 'N' TEMPERATURE CORPORATION

   b. Person Served: other *(specify name and relationship to party named in item 3a)*:
   BUDD T. POHLE, AUTHORIZED AGENT

4. Address where the party was served:    1047 GARRIDO COURT
                                            CAMARILLO, CA 93010        **(Residence)**

5. I served the party *(check proper box)*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):July 5, 2004 (2) at (time): 03:00 pm

| PETITIONER: SENSITECH | CASE NUMBER: |
| --- | --- |
| RESPONDENT: TIME & TEMPERATURE | 04-11483MLW |

6. The "Notice to the Person Served" (on the summons) was completed as follows:
c.     on behalf of:
      TIME & TEMPERATURE COMPANY D/B/A TIME 'N' TEMPERATURE CORPORATION
      under:
      [XX] CCP 416.10 (corporation)

7. Person who served papers
     a. Name: ANTHONY FULLER
     b. Address: 801 South Victoria Avenue Suite 302, Ventura, CA 93003
     c. Telephone: (805) 477-4321
     d. *The fee* for service was: $ 60.00
     e. I am:
         (i) Employee or Independent Contractor
         (ii) Registration No.: 267
         (iii) County : VENTURA

"PROFESSIONALS WHO CARE"
California Attorney Service
*A PERSONAL ATTORNEY SERVICE COMPANY*

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:      July 7, 2004

ANTHONY FULLER
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)    (SIGNATURE)

Page 2 of 2

Judicial Council of California POS-010
[Rev. January 1, 2004]
Form adopted by rule 982.9

**PROOF OF SERVICE SUMMONS**

Code of Civil Procedure, § 417.10

41A/00020714-01

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

District of ____Massachusetts____

Sensitech Inc. and Donald W. Berrian

V.

Time & Temperature Company d/b/a Time 'N
Temperature Corporation

**SUMMONS IN A CIVIL CASE**

04-11483 MLW

CASE NUMBER: ____

TO: (Name and address of defendant)
Time & Temperature Company d/b/a Time 'N Temperature Corporation
1502 A Eastman Avenue
Ventura, California 93003
and P.O. Box 6747, Ventura, California 93006

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
John T. Gutkoski, Esq.
Day, Berry & Howard LLP
260 Franklin Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                             6-30-04
_____                  _____
CLERK                                                    DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE | FILED |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

2004 JUL 23 P 12: 58

☐ Served personally upon the defendant. Place where served: _____ DISTRICT COURT DISTRICT OF MASS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other *(specify):* _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
*Date*

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.