ORIGINAL

ORAL ARGUMENT REQUESTED

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SENISTECH INC. AND DONALD W. BERRIAN, <br><br> Plaintiff, <br><br> v. <br><br> TIME 'N TEMPERATURE COMPANY, d/b/a TIME 'N TEMPERATURE CORPORATION <br><br> Defendant. | Case No. 04-11483MLW <br><br><br> **DEFENDANTS' MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO TRANSFER VENUE** <br><br> [Proposed] Order, submitted concurrently herewith |

Defendant Time 'N Temperature Company ("Time 'N Temperature") hereby moves this Court for an order dismissing this case for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) and for improper venue pursuant to 28 U.S.C. § 1406(a) and Fed. R. Civ. P. 12(b)(3). In the alternative, Time 'N Temperature hereby moves this Court for an order transferring this case to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a).

This Motion is made on the grounds that Time 'N Temperature lacks sufficient minimum contacts with the Commonwealth of Massachusetts such that this Court cannot exercise personal jurisdiction over it without offending traditional notions of fair play and substantial justice. Time 'N Temperature is a California corporation that does not have employees, agents, offices, telephone numbers, property, bank accounts, or warehouses in the State of Massachusetts. Moreover, Time 'N Temperature does not interject goods

1

into the stream of commerce through any established distribution channel, wherein such goods are directed towards Massachusetts. Time 'N Temperature's de minimis sales in Massachusetts are the result of infrequent and irregular occurrences. Because this Court does not have personal jurisdiction over Time 'N Temperature, venue is not proper in this District. Therefore, this case should be dismissed outright, or alternatively, transferred to the United States District Court for the Central District of California for the convenience of the parties and likely witnesses and in the interest of justice.

This motion is based upon the accompanying Memorandum of Points and Authorities In Support of Defendant's Motion To Dismiss, Or, In The Alternative, To Transfer Venue and the Declaration of Budd T. Pohle submitted concurrently herewith, as well as all pleadings and papers on file in this action, and upon such other evidence and oral argument as the Court may entertain at the time of the hearing.

## REQUEST FOR ORAL ARGUMENT

Defendant requests oral argument on this Motion pursuant to Local Rule 7.1(D).

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

Counsel for Defendant hereby certifies that he conferred with plaintiff's counsel by telephone on August 9, 2004 and attempted in good faith to resolve or narrow the issues raised in this Motion. This attempt was not unsuccessful.

Respectfully submitted,

CESARI AND McKENNA, LLP

Dated: August 9, 2004

Thomas C. O'Konski  BBO #377475
Attorneys for Defendant,
Time 'N Temperature Company
88 Black Falcon Avenue
Boston, MA 02210
(617) 951-2500

Of Counsel:

Daniel M. Cislo, Esq., CA Bar No. 125,378
David B. Sandelands, Esq., CA Bar No. 198,252
CISLO & THOMAS LLP
233 Wilshire Boulevard, Suite 900
Santa Monica, California 90401
Telephone: 310-451-0647
Facsimile: 310-394-4477

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a copy of the foregoing Defendant's Motion to Dismiss, Or, In the Alternative, to Transfer Venue is being deposited with the United States Postal Service on August 9, 2004, in an envelope addressed to counsel for plaintiff, Sensitech Inc. and Donald W. Berrian:

        John T. Gutkoski
        Day, Berry & Howard LLP
        260 Franklin Street
        Boston, MA  02110-3179

        Matthew J. Becker
        Day, Berry & Howard LLP
        CityPlace I
        Hartford, CT  06103-3499

        Catherine Dugan O'Connor
        Day, Berry & Howard LLP
        One Cantebury Green
        Stamford, CT  06901-2047

_____

CHIDOCS02-623168-v1

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SENSITECH INC. AND DONALD W. BERRIAN,<br><br>Plaintiff,<br><br>v.<br><br>TIME & TEMPERATURE COMPANY, d/b/a TIME 'N TEMPERATURE CORPORATION<br><br>Defendant. | Civil Action No. 04-11483 (MLW) |

### [PROPOSED] ORDER

This Court, having considered the parties' briefings and arguments on Defendant's Motion to Dismiss, Or, in the Alternative To Transfer Venue, and for good cause shown, hereby orders that:

*Alternative A*

this action be and hereby is dismissed for lack of personal jurisdiction over the Defendant and improper venue.

*Alternative B*

this action be and hereby is transferred to the U.S. District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a).

_____          _____
Date                                                         Honorable Mark L. Wolf
                                                                   U.S. District Judge