ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SENSITECH INC. AND DONALD W. BERRIAN<br><br>Plaintiff,<br><br>v.<br><br>TIME & TEMPERATURE COMPANY, d/b/a TIME 'N TEMPERATURE CORPORATION<br><br>Defendant. | Civil Action No. 04-11483 (MLW) |

### DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY

Pursuant to Local Rule 7.1(B)(3), Defendant Time & Temperature Company ("Time 'N Temperature") respectfully requests leave of court to file, on or before September 10, 2004, a reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss, or, in the Alternative, to Transfer Venue

In support of this Motion, Defendant states that Plaintiffs' Opposition raises several new facts which, if left unrebutted, would establish an incomplete and misleading record on Defendant's Motion to Dismiss, Or In The Alternative, To Transfer Venue. Defendant believes that a brief reply will be useful to the Court in its consideration of the underlying Motion.

*Local Rule 7.1(A)(2) Certification*

I hereby certify that defendant's counsel attempted to contact plaintiffs' counsel, John Gutkoski, Esq. by telephone prior to filing this Motion in a good faith effort to narrow or resolve the issues raised by the same. No reply was received from plaintiffs' counsel as of this filing.

Respectfully submitted,

CESARI AND McKENNA, LLP

Dated: August 9, 2004

_____
Thomas C. O'Konski BBO #377475
Attorneys for Defendant,
Time 'N Temperature Company
88 Black Falcon Avenue
Boston, MA 02210
(617) 951-2500

Of Counsel:

Daniel M. Cislo, Esq., CA Bar No. 125,378
David B. Sandelands, Esq., CA Bar No. 198,252
CISLO & THOMAS LLP
233 Wilshire Boulevard, Suite 900
Santa Monica, California 90401
Telephone: 310-451-0647
Facsimile: 310-394-4477

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Defendant's Motion For Leave to File Reply is being deposited with the United States Postal Service on August 30, 2004, in an envelope addressed to counsel for plaintiff, Sensitech Inc. and Donald W. Berrian:

> John T. Gutkoski
> Day, Berry & Howard LLP
> 260 Franklin Street
> Boston, MA 02110-3179
>
> Matthew J. Becker
> Day, Berry & Howard LLP
> CityPlace I
> Hartford, CT 06103-3499
>
> Catherine Dugan O'Connor
> Day, Berry & Howard LLP
> One Cantebury Green
> Stamford, CT 06901-2047

_____

CHIDOCS02-623168-v1