UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 SEP 23 P 3 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| SENSITECH INC. and DONALD W. BERRIAN, <br><br> Plaintiffs, <br><br> vs. <br><br> TIME & TEMPERATURE COMPANY d/b/a TIME 'N TEMPERATURE CORPORATION <br><br> Defendant. | Civil Action No. 04-11483 MLW |

## MOTION TO ADMIT MATTHEW J. BECKER, ESQUIRE AND CATHERINE DUGAN O'CONNOR, ESQUIRE *PRO HAC VICE* AS COUNSEL FOR PLAINTIFF

Pursuant to Local Rule 83.5.3(b), Plaintiffs Sensitech, Inc. ("Sensitech") and Donald W. Berrian, by their attorneys, respectfully request that this Court admit Matthew J. Becker, Esquire and Catherine Dugan O'Connor, Esquire *pro hac vice* as counsel for Sensitech and Donald W. Berrian in the above-captioned matter. The grounds for this motion are as follows:

1. Mr. Becker is a partner at the law firm of Day, Berry & Howard LLP. His address is Day, Berry & Howard LLP, CityPlace I, Hartford, Connecticut 06103, and his telephone number is (203) 275-0100. Ms. O'Connor is an associate at the law firm Day, Berry & Howard LLP. Her address is Day, Berry & Howard LLP, One Canterbury Green, Stamford, Connecticut 06901, and her telephone number is (203) 977-7300.

71244835_1.DOC 330402-00210

2. Both Mr. Becker and Ms. O'Connor are members in good standing of every bar in which they have been admitted to practice.

3. Mr. Becker has been admitted to practice before the Connecticut state courts, the United States District Court for the District of Connecticut, and the United States Court of Appeals for the Federal Circuit. Ms. O'Connor has been admitted to practice before the Connecticut and New York state courts, and the United States District Courts for the District of Connecticut and the Southern District of New York.

4. There are no disciplinary proceedings pending against Mr. Becker or Ms. O'Connor as members of the bar of any jurisdiction.

5. Mr. Becker and Ms. O'Connor are familiar with the local rules for practice before the United States District Court for the District of Massachusetts.

6. Mr. Becker and Ms. O'Connor are familiar with Sensitech and Mr. Berrian and the issues in this lawsuit. Their appearance and participation in this matter in conjunction with plaintiffs' other attorneys from Day, Berry & Howard LLP is necessary for the proper and effective representation of Sensitech and Mr. Berrian.

7. This motion is made by a member of the Massachusetts bar who has entered an appearance in this matter.

8. Supporting declarations by Mr. Becker and Ms. O'Connor have been filed herewith.

WHEREFORE, Sensitech, by its counsel, moves this Court to admit Catherine Dugan O'Connor, Esquire *pro hac vice* for the purpose of assisting in the representation of Sensitech in this litigation.

          Respectfully submitted,

          SENSITECH, INC. and DONALD W. BERRIAN

          By their attorneys,

          John T. Gutkoski (BBO# 567182)
          DAY, BERRY & HOWARD LLP
          260 Franklin Street
          Boston, MA 02110-3179
          Telephone: (617) 345-4600
          Fax: (617) 345-4745

Of Counsel:

Matthew J. Becker
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
Telephone: (860) 275-0100
Fax: (203) 275-0343

Catherine Dugan O'Connor
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901-2047
Telephone: (203) 977-7538
Fax: (203) 977-7301

September 23, 2004

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I contacted local counsel for defendant on Friday, September 17, 2004 seeking to narrow the issues raised by this motion. By today, Thursday, September 23, 2004, I have received no reply to my inquiry.

          John T. Gutkoski

71244835_1.DOC 330402-00210

-3-

## CERTIFICATE OF SERVICE

    I, John T. Gutkoski, do hereby certify that I have served the within Motion to Admit Matthew J. Becker, Esquire and Catherine Dugan O'Connor, Esquire *Pro Hac Vice* as Counsel For Plaintiff by mailing copies thereof, First Class Mail, postage prepaid, to Thomas C. O'Konski, Esq., Cesari and McKenna, LLP, 88 Black Falcon Avenue, Boston, MA 02210 on this 23rd day of September, 2004.

*[signature]*
John T. Gutkoski