UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 SEP 23 P 3:32

U.S. DISTRICT COURT
DISTRICT OF MASS.

SENSITECH INC. and DONALD W. BERRIAN,

    Plaintiffs,

vs.

TIME & TEMPERATURE COMPANY d/b/a TIME 'N TEMPERATURE CORPORATION

    Defendant.

Civil Action No.: 04-11483 MLW

## AFFIDAVIT OF MATTHEW J. BECKER

I, Matthew J. Becker, hereby depose and say as follows:

1. I am a partner in the law firm of Day, Berry & Howard LLP, CityPlace I, Hartford, Connecticut 06103.

2. I am in good standing in every jurisdiction in which I have been admitted to practice. I am a member of the bar of the State of Connecticut. I have also been admitted to the bar of the United States District Court for the Districts of Connecticut and the United States Court of Appeals for the Federal Circuit. Certificates of Good Standing from these courts are attached.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.  I am familiar with Sensitech, Inc. My appearance and participation in conjunction with attorneys from Day, Berry & Howard LLP are necessary for the proper and effective representation of Sensitech, Inc. and all plaintiffs in this matter.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON THIS 15th DAY OF SEPTEMBER, 2004.

_____
Matthew J. Becker



# State of Connecticut
## Supreme Court

I, **Michele T. Angers**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

**Do hereby certify** *that, in the Superior Court at* ____Hartford____,
*on the* ____sixth____, *day of* ____December____, __1991__,

____Matthew James Becker____

of

____West Hartford, CT____

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, that the person named above has been and is still a member in good standing of the Bar of this State.*

**In Testimony Whereof,** *I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this* ____thirteenth____ *day of* ____July____, 20__04__.

*Michele T. Angers* (signature)

**Michele T. Angers**

*Chief Clerk*



# United States Court of Appeals for the Federal Circuit

## Certificate

I, Jan Horbaly, Clerk of the United States Court of Appeals for the Federal Circuit hereby certify that

## Matthew J. Becker

was regularly admitted to practice as a Attorney and Counselor at Law of the United States Court of Appeals for the Federal Circuit on the 21st day of May, 2003 and that this attorney is now and has been continuously since that date an attorney in good standing of this Court.

September 2, 2004

Jan Horbaly, Clerk
United States Court of Appeals
for the Federal Circuit

AO 136 (Rev. 4/94)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

DISTRICT OF CONNECTICUT  Matthew J. Becker

BAR #: ct10050

I, **Kevin F. Rowe**, Clerk of the United States District Court, District of Connecticut,

DO HEREBY CERTIFY that Matthew J. Becker was duly admitted to practice in said Court on April 13, 1992, and is a member in good standing of the bar of said Court.

Dated at Hartford, Connecticut

on July 8, 2004

Kevin F. Rowe
Clerk

*[signature]*
Deputy Clerk