UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 SEP 23 P 3 32
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| SENSITECH INC. and DONALD W. BERRIAN, <br><br> Plaintiffs, <br><br> vs. <br><br> TIME & TEMPERATURE COMPANY d/b/a TIME 'N TEMPERATURE CORPORATION <br><br> Defendant. | Civil Action No.: 04-11483 MLW |

## DECLARATION OF CATHERINE DUGAN O'CONNOR

I, Catherine Dugan O'Connor, hereby depose and say as follows:

1. I am an associate in the law firm of Day, Berry & Howard LLP, One Canterbury Green, Stamford, Connecticut 06901.

2. I am in good standing in every jurisdiction in which I have been admitted to practice. I am a member of the bars of the States of Connecticut and New York. I have also been admitted to the bars of the United States District Courts for the District of Connecticut and the Southern District of New York. Certificates of Good Standing from these courts are attached.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.



# State of Connecticut
## Supreme Court

I, **Michele T. Angers**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

Do hereby certify that, in the Superior Court at Norwalk, on the seventeenth, day of November, 1995,

Catherine Dugan O'Connor

of

Norwalk, CT

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, that the person named above has been and is still a member in good standing of the Bar of this State.

In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this thirteenth day of July, 20 04.

*Michele T. Angers*

**Michele T. Angers**

*Chief Clerk*



AO 136 (Rev. 4/94)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

DISTRICT OF CONNECTICUT         Catherine Dugan O'Connor

BAR #:    ct17316

I, **Kevin F. Rowe**, Clerk of the United States District Court, District of Connecticut,

DO HEREBY CERTIFY that  Catherine Dugan O'Connor  was duly admitted to practice in said Court on  April 4, 1997  , and is a member in good standing of the bar of said Court.

Dated at Hartford, Connecticut       Kevin F. Rowe  ,
Clerk

on July 12, 2004

Deputy Clerk

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, _____J. Michael McMahon_____, Clerk of this Court, certify that

_____CATHERINE DUGAN O'CONNOR_____, Bar # _____CO5880_____

was duly admitted to practice in this Court on

_____OCTOBER 24th, 1996_____, and is in good standing

as a member of the Bar of this Court.

Dated at    500 Pearl Street
            New York, New York            on      JULY 23rd, 2004

**J. MICHAEL McMAHON**
Clerk

by: _____
Deputy Clerk



# Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, **James Edward Pelzer**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify That **Catherine Dugan O'Connor** was duly licensed and admitted to practice as an **Attorney and Counselor at Law** in all the courts of the State, according to the laws of the State and the court rules and orders, on the **25 th** day of **September 1996** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counselor at law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on **July 15, 2004**

*James Edward Pelzer*
Clerk