UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SENSITECH, INC. et al**                              CIVIL CASE
                                                       NO. 04-11483-MLW
              V.

**TIME & TEMPERATURE CO.**
         **Defendant(s)**

              **NOTICE OF CANCELLATION/RESCHEDULING**
**WOLF, D.J.**

The **MOTION HEARING/SCHEDULING CONFERENCE** originally scheduled for **MARCH 14, 2005** at **3:00 P.M.** before Judge **Wolf**, has been **CANCELLED**. It is RESCHEDULED for **APRIL 13, 2005** at **3:00 PM** in courtroom 10 on the 5th floor.

                                         TONY ANASTAS
                                         CLERK OF COURT

**February 22, 2005**              By:   /s/ Dennis O'Leary
Date                                     Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                    [ntchrgcnf.]