# CESARI AND MCKENNA, LLP
## ATTORNEYS AT LAW
88 BLACK FALCON AVENUE
BOSTON, MASSACHUSETTS 02210

(617) 951-2500

ROBERT A. CESARI
JOHN F. McKENNA
MARTIN J. O'DONNELL
THOMAS C. O'KONSKI
PATRICIA A. SHEEHAN
MICHAEL E. ATTAYA
CHARLES J. BARBAS
WILLIAM A. LOGINOV
MICHAEL R. REINEMANN
JOHN L. CAPONE
RITA M. ROONEY
KEVIN GANNON
DUANE H. DREGER
JAMES A. BLANCHETTE
JAMES M. BEHMKE

INTELLECTUAL PROPERTY
AND RELATED
CAUSES

A. SIDNEY JOHNSTON
EDWIN H. PAUL
OF COUNSEL

STEPHEN E. KABAKOFF
SHANNEN C. DELANEY
PATENT AGENTS

TELECOPIER
(617) 951-3927

WEB SITE
www.c-m.com

April 6, 2005

Kathleen Boyce
Docket Clerk to Judge Mark L. Wolf
U.S. District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re: Sensitech Inc. et al. v. Time & Temperature Company
Civil Action No. 04-11483 MLW
Our File No. 104201-0001

Dear Sir or Madam:

Pursuant to our telephone conversation, attached please find the following documents as filed:

1. Assented to Motion for Admission Pro Hac Vice of David B. Sandelands; and

2. Assented to Motion for Admission Pro Hac Vice of Daniel Cislo.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Kevin Gannon

KG:ec
Enclosure: Copies

H:\104\201\0001\Letters\CivilCl8.doc