IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SENSITECH INC. AND DONALD W. BERRIAN </br></br> Plaintiff, </br></br> v. </br></br> TIME & TEMPERATURE COMPANY, d/b/a TIME 'N TEMPERATURE CORPORATION </br></br> Defendant. | Civil Action No. 04-11483 (MLW) |

## ASSENTED TO MOTION FOR ADMISSION PRO HAC VICE

The undersigned attorney hereby moves for the admission of David B. Sandelands to appear on behalf of Time & Temperature Company d/b/a Time 'N Temperature Corporation ("Time 'N Temperature") in this case. Time & Temperature submits the declaration of David B. Sandelands in support of this motion. Mr. Sandelands is familiar with the substantive issues presented in this case, and meets the requirements for admission to this Court under Local Rule 83.5.3, as set forth in the attached declaration.

## CERTIFICATION PURSANT TO L.R. 7.1

Pursuant to Local Rule 7.1, John Gutkoski, counsel for Sensitech, Inc. and Donald W. Berrian, assented to this motion by telephone conference on October 22, 2004.

Respectfully submitted,

Time 'N Temperature Company
By Its Attorneys,

Dated: October 22, 2004

Thomas C. O'Konski  BBO #377475
Kevin Gannon BBO #640931
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, MA 02210
(617) 951-2500

Of Counsel:

Daniel M. Cislo, Esq., CA Bar No. 125,378
David B. Sandelands, Esq., CA Bar No. 198,252
CISLO & THOMAS LLP
233 Wilshire Boulevard, Suite 900
Santa Monica, California 90401
Telephone: 310-451-0647
Facsimile: 310-394-4477

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing document is being deposited with the United States Postal Service on October 22, 2004, in an envelope addressed to counsel for plaintiff, Sensitech Inc. and Donald W. Berrian:

>John T. Gutkoski
>Day, Berry & Howard LLP
>260 Franklin Street
>Boston, MA  02110-3179

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SENSITECH INC. AND DONALD W. BERRIAN,<br><br>Plaintiff,<br><br>v.<br><br>TIME & TEMPERATURE COMPANY, d/b/a TIME 'N TEMPERATURE CORPORATION<br><br>Defendant. | Civil Action No. 04-11483 (MLW) |

**DECLARATION OF DAVID B. SANDELANDS
PURSUANT TO LOCAL RULE 83.5.3**

I, David B. Sandelands, declare and state as follows:

1. I am an associate of the law firm of Cislo & Thomas LLP, 233 Wilshire Boulevard, Suite 900, Santa Monica, California 90401. I am counsel for Defendant Time & Temperature Company d/b/a Time 'N Temperature Corporation ("Time 'N Temperature"). I submit this certificate pursuant to Local Rule 83.5.3(b) in support of a motion that I be permitted to appear on behalf of Time 'N Temperature in the above-captioned action.

2. I am a member in good standing of the bars of the following jurisdictions: United States District Court for the Central and Southern Districts of California, and the California Supreme Court. My California State Bar number is 198,252.

3. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

1

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 18, 2004

_____
David B. Sandelands