UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**SENSITECH**</u>                                                          CIVIL CASE
                                                                  NO. <u>04-11483-MLW</u>

      V.

<u>**TIME & TEMPERATURE**</u>
      **Defendant(s)**

      <u>**NOTICE OF RESCHEDULING/CANCELLATION**</u>
<u>**WOLF, D.J.**</u>

The <u>**MOTIN HEARING/16b SCHEDULING CONFERENCE**</u> originally scheduled for <u>APRIL 13, 2005</u> at <u>3:00 P.M.</u> before Judge <u>Wolf</u>, has been CANCELLED. It has been RESCHEDULED for <u>APRIL 25, 2005</u> at <u>10:00 AM</u> in courtroom 10 on the 5th floor.

      SARA A. THORNTON
      CLERK OF COURT

<u>April 8, 2005</u>                              By:    /s/ Dennis O'Leary
Date                                                    Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                                          [ntchrgcnf.]