UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SENSITECH INC. and ) <br> DONALD W. BERRIAN, ) <br>     *Plaintiffs,* ) <br> ) <br> v. ) <br> ) <br> TIME & TEMPERATURE COMPANY ) <br> d/b/a TIME 'N TEMPERATURE ) <br> CORPORATION ) <br>     *Defendant.* ) | Case No. 04-11483 (MLW) |

## NOTICE OF APPEARANCE
## OF FRANCIS H. MORRISON

Please enter my appearance as co-counsel on behalf of the Plaintiffs, Sensitech Inc. and Donald W. Berrian in the above-entitled matter.

<table>
<tr><td>

Of Counsel:

Matthew J. Becker
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
Telephone: (860) 275-0100
Fax: (203) 275-0343

Catherine Dugan O'Connor
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901-2047
Telephone: (203) 977-7538
Fax: (203) 977-7301

April 7, 2005

</td><td>

Respectfully submitted,

SENSITECH, INC.
and DONALD W. BERRIAN

By their attorneys,

*FRANCIS H. MORRISON III*
Francis H. Morrison III (BBO # 645515)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT  06103-3499
Telephone:  (860) 275-0100
Fax:  (203) 275-0343

John T. Gutkoski (BBO #567182)
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, MA  02110
Telephone:  (617) 345-4600
Fax:  (617)345-4745

</td></tr>
</table>

51305014_1.DOC

-2-

## CERTIFICATE OF SERVICE

    I, John T. Gutkoski, hereby certify that I have this 7th day of April 2005, served a copy of the within Notice of Appearance on the defendant by causing a copy thereof to be delivered in hand to: Thomas C. O'Konski, Cesari and McKenna, LLP, 88 Black Falcon Avenue, Boston, Massachusetts 02210.

                                                                          John T. Gutkoski

April 7, 2005

## CERTIFICATE OF SERVICE

I, John T. Gutkoski, hereby certify that I have this 7th day of April 2005, served a copy of the within Notice of Appearance on the defendant by causing a copy thereof to be delivered in hand to: Thomas C. O'Konski, Cesari and McKenna, LLP, 88 Black Falcon Avenue, Boston, Massachusetts 02210.

_____
John T. Gutkoski

April 7, 2005

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SENSITECH INC. and ) | |
| DONALD W. BERRIAN, ) | |
|     *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 04-11483 (MLW) |
| ) | |
| TIME & TEMPERATURE COMPANY ) | |
| d/b/a TIME 'N TEMPERATURE ) | |
| CORPORATION ) | |
|     *Defendant*. ) | |

### NOTICE OF APPEARANCE
### OF FRANCIS H. MORRISON

Please enter my appearance as co-counsel on behalf of the Plaintiffs, Sensitech Inc. and Donald W. Berrian in the above-entitled matter.

Respectfully submitted,

SENSITECH, INC.
and DONALD W. BERRIAN

By their attorneys,

Of Counsel:

Matthew J. Becker
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
Telephone: (860) 275-0100
Fax: (203) 275-0343

Catherine Dugan O'Connor
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901-2047
Telephone: (203) 977-7538
Fax: (203) 977-7301

*FRANCIS H. MORRISON III*
Francis H. Morrison III (BBO # 645515)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT 06103-3499
Telephone: (860) 275-0100
Fax: (203) 275-0343

John T. Gutkoski (BBO #567182)
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, MA 02110
Telephone: (617) 345-4600
Fax: (617) 345-4745

April 7, 2005

51305014_1.DOC