# Day, Berry & Howard LLP
COUNSELLORS AT LAW

John T. Gutkoski
Direct Dial: (617) 345-4609
E-Mail: jtgutkoski@dbh.com

April 7, 2005

**BY HAND**

Civil Clerk's Office
United State District Court for
  the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210

Re: Sensitech Inc. and Donald W. Berrian v. Time 'N Temperature Company
U.S.D.C. No. 04-11438 (MLW)

Dear Sir/Madam:

Enclosed for filing in the above-entitled matter is Plaintiffs' Rule 16.1(D)(3) Certification, Exhibit A to the Joint Statement which was filed earlier this week on Monday, April 4, 2005. For your convenience, I have attached another copy of the Joint Statement. I understand that defendant will file its own Certification under separate cover.

Also enclosed for filing is the Appearance of Francis H. Morrison.

Please acknowledge receipt of the within by date-stamping the enclosed copy of this letter and returning it to our messenger. Thank you for your attention to this matter.

Very truly yours,

John T. Gutkoski

JDG/plr
encs.

cc: Thomas C. O'Konski, Esq.

51304950_1.DOC 330402-00210

260 Franklin Street | Boston, MA 02110 | t 617 345 4600 f 617 345 4745

Boston  Greenwich  Hartford  New Haven  New York  Stamford  West Hartford  www.dbh.com

## EXHIBIT A

### Certification of Consultation Between Counsel and Client

The undersigned counsel and authorized party representative hereby certify pursuant to Local Rule 16.1 (D)(3) they have conferred with a view towards establishing a budget for this matter and considered the possible resolution of this matter through alternative dispute resolutions programs.

Respectfully submitted,

_____
Eric B. Schultz, CEO
on behalf of Sensitech, Inc.


_____
Donald W. Berrian


their counsel,

_____
John T. Gutkoski (BBO# 567182)
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, MA 02110-3179
Telephone: (617) 345-4600
Fax: (617) 345-4745