UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>SENSITECH</u>                              CIVIL CASE
                                                    NO. <u>04-11483-MLW</u>

    V.

<u>TIME & TEMPERATURE</u>
      Defendant(s)

                  <u>NOTICE OF RESCHEDULING/CANCELLATION</u>
<u>WOLF, D.J.</u>

The <u>MOTIN HEARING/16b SCHEDULING CONFERENCE</u> previously scheduled for <u>APRIL 25, 2005</u> at <u>10:00 A.M</u>. before Judge <u>Wolf</u>, has been CANCELLED. It has been RESCHEDULED for <u>APRIL 28, 2005</u> at <u>3:00 PM</u> in courtroom 10 on the 5th floor.

                                            SARA A. THORNTON
                                            CLERK OF COURT

<u>April 8, 2005</u>                              By:    /s/ Dennis O'Leary
Date                                                  Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                                      [ntchrgcnf.]