UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>SENSITECH</u>                                              CIVIL  CASE
                                                                         NO.<u> 04-11483-MLW</u>

            V.

<u>TIME & TEMPERATURE</u>
            Defendant(s)

                            NOTICE OF RESCHEDULING/CANCELLATION
<u>WOLF, D.J.</u>

   The <u>MOTIN HEARING/16b SCHEDULING CONFERENCE</u> previously scheduled for <u>APRIL 25, 2005</u> at<u> 10:00 A.M</u>. before Judge <u>Wolf</u>, has been CANCELLED.  It has been RESCHEDULED for <u>APRIL  28, 2005</u> at <u>3:00 PM</u> in courtroom 10 on the 5th floor.

                                                                        SARA A. THORNTON
                                                                        CLERK OF COURT

<u>April 8, 2005</u>                                    By:     /s/ Dennis O'Leary
Date                                                            Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                                                              [ntchrgcnf.]