IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SENSITECH INC. AND DONALD W. BERRIAN <br><br> Plaintiff, <br><br> v. <br><br> TIME & TEMPERATURE COMPANY, d/b/a TIME 'N TEMPERATURE CORPORATION <br><br> Defendant. | Civil Action No. 04-11483 (MLW) |

### DEFENDANT'S CERTIFICATION UNDER LR 16.1(D)(3)

Defendant Time and Temperature Company hereby certifies that, in compliance with LR 16.1(D)(3), it has conferred with its counsel (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and (b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Time and Temperature Company

By Its Attorneys,

Daniel M. Cislo, Esq., CA Bar No. 125,378
David B. Sandelands, Esq., CA Bar No. 198,252
CISLO & THOMAS LLP
233 Wilshire Boulevard, Suite 900
Santa Monica, California 90401
Telephone: 310-451-0647
Facsimile: 310-394-4477

Respectfully submitted,

Time and Temperature Company

1