UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-11483

| Sensitech Inc. et al | Time and Temperature Co. |
|---|---|
| PLAINTIFF | DEFENDANT |
| John Gutkoski | Daniel Cislo |
| Matthew Becker | Thomas O'Konski |
| Alenadra Fennell |  |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Twomey

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 4/28/05 | Court listens to oral arguments on the defendant's motion to dismiss or in the alternative to transfer to the central district of California (docket no. 4). Court denies as to the motion to dismiss and allows as to the motion to transfer. Order to issue. |