```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

SENSITECH, INC, et. al.,            )
     Plaintiff,                     )
                                    )
     v.                             )    C.A. No. 04-11483-MLW
                                    )
TIME & TEMPERATURE COMPANY,         )
     Defendant.                     )
```

<u>ORDER</u>

WOLF, D.J.                                          April 29, 2005

For the reasons described in detail in court on April 28, 2005, it is hereby ORDERED that:

1. Defendant Time & Temperature Company's ("TNT") Motion to Dismiss, Or, In the Alternative, To Transfer (Docket No. 4) is DENIED as to the Motion To Dismiss and ALLOWED as to the Motion to Transfer.

2. This case is, pursuant to 28 U.S.C. §1404(a), transferred to the United States District Court for the Central District of California.

                                                                /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT JUDGE