IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SENSITECH INC. AND DONALD W. BERRIAN<br><br>Plaintiff,<br><br>v.<br><br>TIME & TEMPERATURE COMPANY, d/b/a TIME 'N TEMPERATURE CORPORATION<br><br>Defendant. | Civil Action No. 04-11483 (MLW) |

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TIME 'N TEMPERATURE TO ANSWER COMPLAINT

WHEREAS, plaintiff Sensitech, Inc. ("Sensitech") filed the complaint in this action in the District Court for the District of Massachusetts on or about June 29, 2004 and served the same on Time 'N Temperature Company ("TNT") on or about July 3, 2004;

WHEREAS, TNT filed a motion to dismiss or in the alternative to transfer venue to the Central District of California on August 9, 2004;

WHEREAS, the District Court for the District of Massachusetts ruled on TNT's motion on April 28, 2005, wherein the Court ordered that the action be transferred to the Central District of California;

WHEREAS, pleadings must continue to be filed with the transferor court until

1

MAY 18 2005 2:05 PM FR DBH LLC 203 877 7301 TO 916179513927 P.03/03
May-17-2005 06:43pm From-Cislo & Thomas 3106568457 T-194 P.005/005 F-278

Case 1:04-cv-11483-MLW Document 36 Filed 05/18/2005 Page 2 of 2

such time as that court's file physically arrives at the transferee court (*Wilson v. City of San Jose*, 111 F.3d 688, 693 (9th Cir. 1997);

WHEREAS, the District of Massachusetts' physical file has yet to arrive in the Central District of California;

WHEREAS, the parties agree that judicial efficiency would best be served if TNT's answer or other responsive pleading to the complaint is filed in the transferee court, Sensitech has agreed to extend by 20 days or until June 6, 2005, TNT's deadline to answer or otherwise respond to the complaint.

## STIPULATION

IT IS HEREBY STIPULATED by and between plaintiff Sensitech on the one hand, and defendant TNT on the other hand, through their respective counsel that SPECTRA TNT shall have up to and including June 6, 2005 in which to file their response to the Complaint.

IT IS SO STIPULATED:

DAY, BERRY & HOWARD, LLP

*/s/ Catherine O'Connor/*
Matthew J. Becker, Esq.
Catherine Dugan O'Connor

Attorneys for Plaintiff
SENSITECH, INC.

Date: May ___, 2005

CISLO & THOMAS, LLP

*/s/ David B. Sandelands/*
Daniel M. Cislo, Esq.
David B. Sandelands, Esq.

Attorneys for Defendant
TIME 'N TEMPERATURE
COMPANY

May 17, 2005