IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ORIGINAL

| | |
|---|---|
| SENSITECH INC. AND DONALD W. BERRIAN,<br><br>Plaintiff,<br><br>v.<br><br>TIME & TEMPERATURE COMPANY, d/b/a TIME 'N TEMPERATURE CORPORATION<br><br>Defendant. | Civil Action No. 04-11483 (MLW) |

# DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO RULES OF CIVIL PROCEDURE 12(B)(6) AND 12(E)

Defendant Time 'N Temperature Company ("TNT") will and hereby does move pursuant to this Court's inherent power and pursuant to Rules of Civil Procedure 12(b)(6) and 12(e) to dismiss the claims or in the alternative for a more definite statement from plaintiff.

This motion to dismiss or in the alternative for a more definite statement is made on the grounds that Sensitech's "bare bones" complaint fails to identify the allegedly infringing products and the reasons upon which Sensitech bases its infringement beliefs and therefore fails to give TNT fair notice of the claims and of the grounds for the same as required by Rule 8 of the Federal Rules of Civil Procedure. Moreover, Sensitech by deliberately failing to identify the allegedly infringing products and its bases for such allegations is misusing the judicial process as a weapon for the economic harassment of TNT.

1

This Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Complaint and Exhibits thereto on file in this case, and any argument which the Court may entertain at the hearing on this matter.

### REQUEST FOR ORAL ARGUMENT

Defendant requests oral argument on this Motion pursuant to Local Rule 7.1(D).

### LOCAL RULE 7.1(A)(2) CERTIFICATION

This motion is made pursuant to Local Rule 7.1(a)(2). The parties met and conferred via their counsel through a series of letters dated May 17, May 20, May 31 and June 1, 2005. The parties were unable to reach a resolution of this Motion.

This Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Complaint and Exhibits thereto on file in this case, and any argument which the Court may entertain at the hearing on this matter.

Respectfully submitted,

CESARI AND McKENNA, LLP

Dated: June 6, 2005

_____
Thomas C. O'Konski  BBO #377475
Attorneys for Defendant,
Time 'N Temperature Company
88 Black Falcon Avenue
Boston, MA 02210
(617) 951-2500

Of Counsel:

Daniel M. Cislo, Esq., CA Bar No. 125,378
David B. Sandelands, Esq., CA Bar No. 198,252
CISLO & THOMAS LLP
233 Wilshire Boulevard, Suite 900
Santa Monica, California 90401
Telephone: 310-451-0647
Facsimile: 310-394-4477

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing document is being deposited with the United States Postal Service on June 6, 2005, in an envelope addressed to counsel for plaintiff, Sensitech Inc. and Donald W. Berrian:

> John T. Gutkoski
> Day, Berry & Howard LLP
> 260 Franklin Street
> Boston, MA 02110-3179
>
> Matthew J. Becker
> Day, Berry & Howard LLP
> CityPlace I
> Hartford, CT 06103-3499
>
> Catherine Dugan O'Connor
> Day, Berry & Howard LLP
> One Cantebury Green
> Stamford, CT 06901-2047

_[signature]_