





**The 2nd Largest Grocery Wholesaler in the United States**



For career opportunities visit: www.cswg.careers and ES3 LLC



C&S Wholesale Grocers ● 7 Corporate Drive ● Keene, NH ● 03431
PHONE 603.354.7000 ● FAX 603.354.4690

© 2004 C&S Wholesale Grocers, Inc. All Rights Reserved Worldwide
Terms of Use    Site Design





### About C&S Wholesale Grocers

For 85 years, C&S has provided first-class warehousing & distribution services to our customers. In 2003, Forbes Magazine ranked C&S the 8th largest privately held company in the nation. From over 36 warehouse facilities throughout the United States, C&S Associates serve some of the largest supermarket chains in the nation.

Never satisfied with the status quo, we strive to live the Vision each day.

### The C&S Vision is:

1.) Braggingly Happy Customers
2.) Quality In Everything We Do
3.) Everyone Involved in Everything
4.) Braggingly Happy Team Members
5.) And, Have Fun In The Process

### What We Do
C&S Wholesale Grocers ensures fair grocery prices for retailers and consumers by:

- Purchasing goods directly from the manufacturer.
- Storing stock in vast secure warehouse facilities.
- Distributing products to independent grocery stores, supermarkets & military bases.
- Passing on great savings to consumers assuring quality products at the best prices.

Grocery retailers prefer C&S as their grocery wholesaler and distributor because we deliver results quickly and efficiently. By making volume purchases, we negotiate the best savings for supermarkets and independent grocers who buy from us.

### Growth

- C&S has grown at an astounding rate of 21% per year since 1992.
- Sales have ballooned from $600 million in 1986 to $13 billion in 2004
- Full time staff has increased from 1,000 in 1991 to 10,000 today.
- Since its founding as a single warehouse in Massachusetts, C&S has broadened to 36 facilities in 10 states.
- Storage space in 2003 is over 10 million square feet.
- In 2003, Forbes magazine ranked C&S the 8th largest privately held company in the U.S.

**Headquarters**

- The C&S corporate headquarters recently relocated to Keene, NH.
  The hundreds of corporate C&S associates in Keene have the unique opportunity to enjoy the benefits of small town life while being part of a multi-billion dollar corporation.
- Plans are underway to construct a new headquarters building in Keene, New Hampshire. The new facility will be located on a 44 acre campus and will include an office building, cafeteria, fitness center, mechanical building, and a day care center.

**Customers**
C&S is an innovative, fast-paced company that:

- Offers wholesale food distribution to grocery chains and large independent food stores throughout the United States.
- Provides 53,000 food and nonfood items to 4,000 corporate customers, including produce, meat, dairy products, delicatessen products, fresh/frozen bakery items, health and beauty aids, candy and tobacco.
- Our customers include such food giants as:
  Pathmark, Safeway, Giant Food Stores, Shaw's, Stop and Shop, A&P Food Mart, Big Y Foods, BJ's Warehouse, Great American, SavMart/Foodmax, Demoulas and independent store/supermarket owner/operators.

company | executives | community | why we're unique | locations | customers | careers | news | home

© 2004 C&S Wholesale Grocers, Inc.
All Rights Reserved Worldwide
Terms of Use    Site Design

# EXHIBIT E



## Locations

The C&S family of facilities extends to 10 states. C&S maintains headquarters in Keene, New Hampshire.

Click on a location image below to see details and directions to that facility.

* Denotes Headquarters Location



Aberdeen, MD | Brattleboro, VT | Buffalo, NY
Chester, NY | Cleveland, OH | Dayton, NJ
Fresno, CA | Harrisburg, PA | Kapolei, HI
* Keene, NH | Montgomery, NY | N. Hatfield, MA
N. Brunswick, NJ | New Brunswick, NJ | Newburgh, NY
No. East MD | Sacramento, CA | S. Hatfield, MA
Suffield, CT | Tracy, CA | Upper Marlboro, MD



company | executives | community | why we're unique | locations | customers | careers | news | home

© 2004 C&S Wholesale Grocers, Inc.
All Rights Reserved Worldwide
Terms of Use    Site Design

# EXHIBIT F

Document2
August 20, 2004 12:42 PM



European distributors (all countries within the European Union (EU)

**KSM PRODUCTS LIMITED**
The Ciba Building
146 Hagley Road
Edgbaston
Birmingham  B16 9NX
United Kingdom
Tel:  +44 121 456 1117
Fax: +44 121 456 1979
Email: ksmproducts@lineone.net
Contact: Mr. Karl A.M. Smith / Mrs. Suzanne E. Price

## Sub-Agents through KSM Products LTD

**Netherlands & Belgium**
**BULBOSA B.V. - EURO MAIL FLORA**
Delfweg 37   2211VK   Noordwijkrhout (NL)
Postbus 318, 2180 AH Hillegom (NL)
Tel:  +31 252 532313
Fax: +31 252 532350
Mobil: +31 653 466620
Email:  info@bulbosa.nl
Contact: Mr. J. E. Langelaan

**Spain, Portugal and the Canary Islands**
**R. WEITKOWITZ**
Paseo de Aiete, 43
20009 San Sebastian, Spain
Tel/Fax: +34 943 21 50 39
Email: weitko@retemail.es
Contact: R. Weitkowitz

**Italy**
**ISMA S.r.l.**
Via Faentina 121
48100 Ravenna,
Italy

Tel: +39 0544 502387
Fax: +39 0544 467777
Email: info@ismasrl.com
Contact: Alma Wisselink/Isabella Tebaldi

## Greece
**RAPSOMATIOTIS, S.A.**
10K, Palama Str.
200 06 Vrahati, Korinthias, Greece
Tel: +30 741 51311
Fax: +30 741 56001/56002
Email: rap-sa@otenet.gr
Contact: Mr. Dimitrios Rapsomatiotis

## Egypt
**BELCO EGYPTIAN CO. FOR INT. TRADE**
19, Abo El Feda St., Zamalek
Cairo, Egypt
Tel: +20 2 7357213/7357214/7381609
Fax: +30 2 7370037
Email: belco@infinity.com.eg
Contact: Sherif El Beltagy/ Mohsen El Beltagy

# INDIA

M/s Chemoil Pharma
208, Ramgopal Industrial Estate
Muland, Mumbai 400 080
India
Tel: +91 22 2562 4509 or
     +91 22 2562 4510
Fax: +91 22 2591 7375
Email: chemoil@vsnl.com

# SOUTH AMERICA

## Argentina
**SINER S.A.**
Ruta Nacional No.9 Km 1303
(4101) Los Pocitos - Tafi Viejo
Tucuman, Argentina
Tel: +54 381 437 3750
Fax: +54 381 437 1160
Email: siner@arnet.com.ar
Contact: Ing. Julio Corbella or Ing. Rogelio Nicita

## Brazil
**EVC IMPORTAÇÁO E EXPORTAÇÁO LTDA.**
Rua Voluntário Amador Lourenco

35 Valinhos
Brazil
Tel: +55 19 3849 23 32
Fax: +55 19 3849 27 08
Email: plisug@hiway.com.br
Contact: Plinio Suguinoshita

## Chile
**Frupco Expediting & Services, Inc.**
Clovis, Ca. USA
Tel: (310) 877-5262
Fax: (310) 833-5668
Email: frupco1@aol.com
Contact: Francisco Campama

## Peru
**TEMPCHECK SAC**
Calle Arístides Aljovin 227
Lima 18 Perú
Tel: +511 242-2608
Fax: +511 445-5312
Email: tempcheck@infonegocio.com.pe
Contact: Sr. Alfredo Vargas

## Australian & Republic of South Africa

**CONTACT PMG INTERNATIONAL**
**In Australia**
Mr. Garry Jowett
Head Office: Midvale, Perth, Western Australia
Tel: 61 89 250 2431
Fax: 61 89 250 2592
Email: pmgint@ozemail.com.au

### In Republic of South Africa

Temprecord Services CC
Contact: Trevor Watson
29A Dan Pienaar Rd., Kloof, 3610
Republic of South Africa
Tel/Fax: 083 764 4021
Cell: 083 795 8492
Email: trevorwa@freemail.absa.co.za

# EXHIBIT G



Home | Buy Online | Sell Online | Services | News & Community  Sign-In | Tools | 



▶ **Time 'N Temperature Storefront**

**About Us**

The **Time 'N Temperature** Corporation of Ventura, Ca. has been providing T 'NT in-transit strip chart recorders to shippers of perishable commodities for over 25 years. Our recorders are sold worldwide and used on many products including fresh produce, floral products, fresh and frozen meat, fish and poultry, plastics, resins, and pharmaceuticals to name a few.

T 'N T has always been an innovator in the in-transit recording business. And now we announce our newest product. **SmartChek** Digital Recorder. This recorder is available for in-transit use or can be purchased for on-site use on your premises.

As the industry moves to electronic monitoring it is only natural that the recorder with the most features comes from T 'N T ! Just look through our website- see the advantages available.

**T 'N T products are distributed worldwide so contact us for agents in your area.**

Also we are always interested in developing new markets and distributors inquiries are welcome.

**Contact Information**

**Time 'N Temperature**
PO Box 6747
Ventura, California 93006
UNITED STATES
**Phone:** 800-338-7295
**Fax:** 805-650-0610

Request further Information

**For More Information**

**Information Request Form**     **Visit Our Web Site**     **Email Us**

**For More Info**

- Request Information from Time 'N Temperature
- Visit our Web Site
- Company Contact and Product Line Information

**Products**

- Electronic Temperature Recorders
- Digital Data Logger
- Strip Chart Recorders

Food Online | VertMarkets, Inc. | Contact Food Online
Legal | Help | Privacy Statement | Advertising

Copyright © 1996-2004, VertMarkets, Inc. All rights reserved.

# EXHIBIT H

Document2
August 20, 2004 12:42 PM



# SmartChek Digital Recorders
# Software Programs

Now you can easily upgrade your software from this web site!

## Instructions to Install:

Click on the appropriate button for the program (check for your version of Windows). Save to your desktop. At the desktop, double-click the new "setup" icon you have created and follow the prompts to install the new version.

### SmartChek Digital In-Transit Recorders

If you are receiving SmartChek Digital Recorders,
click here for the latest Software version.

| Windows 98, ME, 2000, NT 4.0 and XP | Windows 3.1 and 95 |
|---|---|
| Click Here to Download | Click Here to Download Version 9.7 |

This latest version will provide tabular data as well as chart information. See each temperature sampling. This software is compatible with *SmartChek & SmartChek Elite In-Transit* Recorders.

### SmartChek 2000 Series Dataloggers

If you are using SmartChek Digital Dataloggers,
Series 2000 recorders, download the latest version.

| Windows 98, ME, 2000, NT 4.0 and XP | Windows 3.1 and 95 |
|---|---|
| Click Here to Download Version 4.3.2003 | Click Here to Download Version 3.3 |

### QCmax Digital Recorder

(Click here to go the QCmax Download page.)