## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

SENSITECH INC. and DONALD W. BERRIAN,                              )
                                                                  )
        Plaintiffs,                                          )
                                                                  )
vs.                                                               )
                                                                  )
TIME & TEMPERATURE COMPANY                                        )
d/b/a TIME 'N TEMPERATURE                                         )
CORPORATION                                                       )
                                                                  )
        Defendant.                                           )

Case No. 04-11483MLW

DECLARATION OF DAVID VAUGHT
IN OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS, OR, IN THE
ALTERNATIVE, TO TRANSFER VENUE

## DECLARATION OF DAVID VAUGHT

I, David Vaught, declare:

1.     I am over the age of eighteen (18). I make this declaration of my own personal knowledge or on information and belief where so stated. If called as a witness, I could and would competently testify to the truth of the matters asserted herein.

2.     I submit this declaration in support of Sensitech's Opposition to Defendant's Motion to Dismiss, or, in the Alternative, to Transfer Venue.

3.     I am employed by Sensitech as its Sales Manager for, Supermarkets. I have held this position since August 22, 2000. Before that, I was employed by Ryan Instruments, another manufacturer of temperature monitor devices, as its Sales Manager.

4.     As Sales Manager for Supermarkets, I am responsible for sales management of Sensitech's temperature monitoring products in the domestic and Canadian food industry.

5.     Upon information and belief, TnT has made direct arrangements with receivers of perishable goods whereby the receivers require or request that grower/shippers use TnT's monitors on shipments to that receiver. TnT has entered a number of such programs with receivers across the country, including accounts in Massachusetts, as reflected on the attached list of SmartChek users TnT faxed to perishable goods suppliers on March 22, 2002. (Ex. A.) This list was located in my files at Sensitech. Upon information and belief Sensitech originally obtained this document some time ago when one of its field sales representatives obtained it from a produce supplier.

6.     Upon information and belief, TnT sent "blast" faxes of this type to grower/shippers periodically to remind them to use SmartChek recorders on shipments headed for the receivers who made the affirmative decision to standardize their temperature monitoring programs on TnT products and services. This is reflected in the statement on the top of the list reading "Check this list for your customer's who request SmartChek digital recorders. Call 800-338-7295 to order." (Id.)

7.     Also located in my files is an April 4, 2002 letter from TnT's Sales Manager Phil Tripoli to a receiver of perishable goods. (Ex. B.) This letter describes TnT's "SmartChek program" and identifies C&S Wholesale and Shaw's as among TnT's accounts.

8.     Shaw's is a Supermarket chain based in Massachusetts.

9.     Based on my own experience in making a sales call on C&S Wholesale for the purpose of proposing a program similar to the one established by TnT with that company I can confirm that the personnel at C&S Wholesale authorized to select a temperature monitoring vendor are located at the company's Hatfield, Massachusetts offices. (Ex. B, 1-2)

-2-

10.    Note that the copy of this letter was forwarded to Sensitech's Calgary, Canada sales office from the recipient with all references to its name redacted, apparently because this contained information regarding a competitor of Sensitech. Sensitech does not have an unredacted copy of this letter.

11.    In addition, in my files I located correspondence from TnT to a potential new receiver customer concerning a temperature monitoring program based on TnT's SmartChek product. (Ex. C). This correspondence included a written document entitled "SmartChek proposal" that outlined the terms of TnT's program and had spaces to be signed by TnT and the receiver. Based on information and belief I can confirm that the proposed terms of the potential business agreement with this receiver are generally consistent with the terms of similar business agreements offered to, and accepted by, other receivers throughout the U.S., including receivers in Massachusetts. (Ex. C, last page. )

12.    I am based in Sensitech's Redmond, Washington location, which consists mainly of a manufacturing facility where mechanical stripchart monitors are made. I routinely travel to Massachusetts in connection with my job.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 20, 2004
        Redmond, Washington


_____
David Vaught

-3-

# EXHIBIT A

TO: TNT SMARTCHEK;    8058500810 ;    MAR-22-02 11:59AM;    PAGE 1/1

**Check this list for your customer's who request *SmartChek* digital recorders.**

Call 800-338-7295 to order

A & P- ALL Divisions
A & J – Bronx, NY
Alphas Chelsea, MA
Alphas-New York
Al Finer
Bebo Distributing
Big Bear-Ohio
Big Y Foods-MA.
Bozzuto's- MA.
Brookshire Foods-Tyler TX
C & S Wholesale-MA
Community Suffolk, MA
Caito Foods Service-IN
Caribbean Produce
Consumer's Produce-PA
Cooseman's Worldwide
East Coast Fruit-FLA
Economy Produce
Edward G.Rahll & Sons
First Produce
First Quality Produce
Fleming Co.All Divisions
Food Lion
G & G Produce
Gallo Produce
Giant Eagle
H. Brooks, Minn.
Hunter Bros.
J.O. Simms/Great Britain
Jos. Notarianni-PA
Klayman produce
Klinghoffer Brothers
M. Levin & Co.

Manson Produce-Canada
Mid-Mountain Foods
Nardella, Inc.
O.K. Grocery
Pinto Bros., Inc.
Price Chopper/Golub
Procacci Brothers
Produce Alliance
Pueblo
Riser Food Company
Riverside Markets
RLB Distr.
Roundys-Milwaukee
Shaw's Supermarkets
Tavilla Sales
Tom Lange Company
Tony Vitrano Co.
TOPCO-All associates
Tops Markets
Trombetta
United Fruit –St. Louis
Verdelli Farms-PA
Wakefern
Weiss Markets
Wm. Rosenstein
& Nobel, Inc.

***SmartChek* is the preferred provider for NAPAR/FMI Members.**

Ron, please check this list because we need the customers receiver...

# EXHIBIT B

04/05/2002  16:51    4032435387                MINNAAR CANADA                                    PAGE  01

Apr-08-2002  03:57pm  From-                                            . . . .. .. ....        T-842  P 001/002  F-192

# *SmartChek* Digital Recorders

by  Time 'N Temperature Corporation

ATT: DAVID
425- 883- 3766

April 4th, 2002



It was a pleasure to talk to you today and I am pleased to offer our *SmartChek* program for your consideration.  As we discussed, we have an excellent digital recorder and a generous rebate program that will build a large profit center based on your estimate of 50 recorders per week.

We encourage you to compare the recorder you now receive and what is available on the LCD with the *SmartChek* recorder.  We have designed the *SmartChek* to offer a great deal of useable, accurate information instantly at the receiving dock saving valuable time for inspectors & QC personnel.

## Why *SmartChek*?

1. Large LCD provides the length of trip in days and hours
2. Instantly see the high/low temperature & full trip average temperature. ✓ ⟵ NEW
3. With the press of a button you can see each days high/low and average ⟵ temperature.
4. *SmartChek* is designed to record even if it is not started–SAFEGUARD! ✓
5. *SmartChek* is closed & sealed to protect and prevent tampering. ✓
6. No icons/symbols and numbers without detail–with *SmartChek* you know ⟵ what you are looking at and what it means.

I am sending a sample recorder with data already recorded so you can see the end result.  Just remove the sleeve and open the unit.  Also included are the printouts available from the *SmartChek* in chart form and a tabular listing of each temperature recorded.

I understand you do not have computers available for downloading the recorders. We can provide ▓▓▓▓▓▓ with 2 computers, monitors and printers with this program.  The advantage is that you receive a chart on one piece of paper, not a

P.O. Box 6747 • Ventura, California 93006

strip chart. The data is automatically saved so it is a one step process AND the computers are available for other uses.

### Our proposal for ███████████

- □ *SmartChek* T'N T provides 2 new PCs with monitors & printers for ███████  USE ← ONL7 ESE ←
- □ Monthly rebate is **$12.00 per returned unit**.
- □ *Smartchek* Software and cables are also provided.
- □ Prepaid return cartons are provided on a regular basis.

At the end of 12 months, if 5,000 or more *SmartChek* recorders have been returned an extra cash bonus of **$ 2,500** will be paid.
This offer is good until April 30th.

Rebates are paid on time each month with a comprehensive report. We provide return pre-paid return boxes for your convenience.

*Smartchek* recorders are the preferred provider by NAPAR and FMI plus other participants in the program include A & P, Fleming Companies, Roundy's, C & S Wholesale, Shaw's, Price Chopper, Tom Lange, Food Lion and many more. We can provide references and contacts. We have 30 years experience in time & temperature recording for the produce industry.  It would be a pleasure to serve ███████████ and I will call you after you have received this package to answer any questions you may have.  This is a good program, a solid product and a great opportunity for ███████████.

Sincerely,

Phil Tripoli
Sales Manager
Time-N-Temperature, Inc.

# EXHIBIT C

**SmartChek**  Dig al Recorders

by  Time 'N Temperature Corporation

10/2/01

Dave,

This is the information I promised you concerning the Smart Chek Temperature
Recording device. I can assure you of quality and service with this product and our
company. The pricing is as follows:

- 23.50 per unit
- Rebates for Chiquita are as follows:

    A) 300 units per month, $9.00 per unit
    B) 300 to 599 units per month, $10.00 per unit
    C) 600+ units per month, $11.00 per unit

- Rebates to be paid monthly on time on returned units
- Price includes cables and software to download information from the device.
- Return boxes will be furnished on a regular basis.
- Information received from returned units will be stored for a period of two years

I am looking forward to meet with you in the near future to review this program. If you
have any questions, please do not hesitate to call me at 919-678-8118 or on my cell at
513-470-7968. There is voice mail at either number.

Sincerely,

Phil Tripoli
Time-N-Temperature, Inc.

P.O. Box 6747 • Ventura, California 93006
800.338.7295 • 805.650.5922 • fax 805.650.0610
www.smartchek.com • e-mail smartchek@prodigy.net

# Why are so many buyer's insisting on *SmartChek* Digital recorders???

## *SmartChek* features make it the best & most reliable temperature recorder available!

✔ Large LCD: Easy to read & understandable display shows trip time & temperature information with the push of a button. **SmartChek ELITE** shows the high/low temperatures plus the average recording daily temperature. DAY by DAY temperature information at the tip of your fingers, INSTANTLY!

✔ Safety: **SmartChek** is always recording, even if the shipper forgets to start it. Data is recorded & available.*

✔ Download: Easy-fast download with full chart or tabular listing of each temperature reading. **SmartChek** uses standard cable & free software. There is NO SPECIAL READER required.

✔ Rebate: We have an aggressive rebate program including easy prepaid mailers, cut costs!

✔ Accurate to within 1/2 ° F.

✔ Easiest digital to use. No ALARM, all information is available on the LCD. Don't depend on factory or shipper to set alarms.

`*memory chip`

---

**SmartChek** is available from over 250 produce shippers! Join the growing number of receivers who are taking control of their recorder programs for quality, reliability and cost saving!

**Call for all the information!** You'll be glad you did!

---

**SmartChek** Digital recorders
Time 'N Temperature
Ventura, CA
800-338-7295 Fax 805-650-0610
www.smartchek.com

# Why Is *SmartChek* the Smart Choice ? ? ?

## We love comparisons • There is a BIG difference!

| Feature | *SmartChek* Elite | Other Digital |
|---|---|---|
| Large LCD with **elapsed time**. | YES | ???? |
| Real temperatures and average temperature information PLUS highs/lows and daily averages-DAY BY DAY. | YES | ???? |
| Easy to understand information on the LCD. | YES | ???? |
| Always recording, even if not started or prematurely stopped due to error or tampering.* | YES | ???? |
| Alarm, must be preset by Mfg. or shipping Company. | NO VALUE | ???? |
| ALL information available whether alarm set or not. | YES | ???? |
| USER Friendly Software at no cost, easy Internet access. | YES | ???? |
| No special interface or reader required, uses standard cable. | YES | ???? |
| Convenient size, won't be easily lost in the load. | YES | ???? |
| Generous Rebate and prepaid mailers provided for returns. Not a Throwaway. Data saved for 2 years by *SmartChek*. | YES | ???? |

*memory capacity

*SmartChek* Digital recorders  by Time 'N Temperature
800-338-7295 Fax 805-650-0610
www.smartchek.com

# *SmartChek*  Dig..al Recorders

by  Time 'N Temperature Corporation

## *SmartChek* Security Features

The following pages illustrate
the exclusive & beneficial features
designed into *SmartChek* Recorders.

These features put *SmartChek* in a class of it's own, providing the
most dependable in-transit monitoring available.

- ✓ *SmartChek* is designed to record even if it is not started.
- ✓ *SmartChek* software can provide data even if the recorder is
  accidentally started prematurely in error.
- ✓ *SmartChek* can provide data even if it is turned off prematurely or
  there has been tampering.
- ✓ *SmartChek* is SEALED- No Exposed buttons to allow for
  unauthorized personnel to stop unit prior to arrival!

## The bottom line:

*Smartchek* is designed to provide data when other
Recorders would be useless!

*SmartChek* is the SMART CHOICE

SMART CHEK TEMPERATURE PLOT

**Serial Number: 19549**

Start Date: 08/19/98  19:57
End Date: 08/24/98  03:53

**Highest Temp: 51**
**Lowest Temp: 36**

Temperature - Fahrenheit

SmartCheks# 1954-9
Shipment cover 4 1/2 days.  Top view shows total trip period
Bottom chart shows "Zoomed" in with lines for better readings.

Date    19    20    21    22    23    24    25    26    27    28
Month   8-->

**Ref:**

SMART CHEK TEMPERATURE PLOT

**Serial Number: 19549**

Start Date: 08/19/98  19:57
End Date: 08/24/98  03:53

**Highest Temp: 51**
**Lowest Temp: 36**

Temperature - Fahrenheit

20    AM    PM    21    AM    PM    22    AM    PM



> ### SmartChek # 1889-4
> Shipper started recorder accidentally in July 98. Unit placed on shipment Sept. 5th. Top chart shows recording in July. *SmartChek* exclusive new safeguard allows customer to see extended data. Bottom chart shows actual trip recording circled.

**Customer ID: TimeNTemp#1**



**Customer ID: Time&Temperature**

SMART CHEK TEMPERATURE PLOT

**ef:**

**Number: 19570**

Start Date: 09/07/98   12:34
End Date: 09/18/98   10:45

Highest Temp: 66
Lowest Temp: 35

perature - Fahrenheit



SmartChek 1957-0
Top view of this chart complete recorded data
Bottom view shows "ZOOMED" in chart for better delineation.

**ef:**

SMART CHEK TEMPERATURE PLOT

**erial Number: 19570**

Start Date: 09/07/98   12:34
End Date: 09/18/98   10:45

Highest Temp: 66
Lowest Temp: 35

perature - Fahrenheit

**Serial Number: 19191**

Temperature - Fahrenheit

Start Date: 08/27/98  17:00
End Date: 09/06/98  17:00

**Highest Temp: 79**
**Lowest Temp: 35**



Customer ID:

SmartChek# 1919-1

Recorder  never started by shipper.  Arrived Sept. 6th.  Software
allows for full recorder reading-Trip data is saved!

Serial Number: 19549

Start Date: 08/19/98  19:57
End Date: 08/24/98  03:53

Highest Temp: 51
Lowest Temp: 36

Temperature - Fahrenheit



*SmartCheks*# 1954-9
Shipment cover 4 1/2 days.  Top view shows total trip period
Bottom chart shows "Zoomed" in with lines for better readings.

Date    19    20    21    22    23    24    25    26    27    28
Month   8-->

Ref:

SMART CHEK TEMPERATURE PLOT

Serial Number: 19549

Start Date: 08/19/98   19:57
End Date: 08/24/98   03:53

Highest Temp: 51
Lowest Temp: 36

Temperature - Fahrenheit



Date    20    AM    PM    21    AM    PM    22    AM    PM    2

# SmartChek Proposal

You have selected the *SmartChek* Digital recorder for quality, value & reliability. To fully implement this cost saving program, and insure that you receive all the funds available to you, we have agreed to the following procedures.

1.  A letter will be sent to all produce suppliers, advising them *SmartChek* recorders are the only in-transit temperature recorder to be used on shipments. The letter should be directed to the sales manager, or the salesman that handles your account. A copy of the letter will be sent to Time 'N Temperature Corporation. If desired, Time 'N Temperature Corporation would be pleased to do the mailing for you.
2.  An internal letter, or memo will be sent to all that order produce, advising them of the program, and instructing them to request a *SmartChek* recorder anytime a recorder is required for a shipment. Instructions given to receiving personnel to list on manifest the name of recorder received, and advise the buyers if it is not *SmartChek*. Time 'N Temperature will need a list of buyers so we can update them on activity and new information.
3.  It is agreed that Time 'N Temperature Corporation may communicate with produce suppliers, advising them of desire to use *SmartChek* recorders, and will identify the top 20 suppliers for this purpose. With the *SmartChek* service coordinator also contacting the suppliers, this will enhance, and ensure their full compliance with your request for maximum cooperation.
4.  Time 'N Temperature Corporation will provide suppliers with *SmartChek* recorders at a cost of $23.50 per recorder.
5.  Time 'N Temperature Corporation will supply, at no charge, software, cable for downloading of *SmartChek* recorders, and prepaid mailing cartons for return of *SmartChek* recorders.
6.  Time 'N Temperature Corporation will account for returned recorders after the close of each month, issue a report , and a rebate check equivalent to $10.00 for each returned *SmartChek* recorder, as long as this agreement is complied with.
7.  It is understood this program does not have to be limited to produce, and floral suppliers, and can include any perishable commodity. Once all of the above are accomplished this program is in effect, and your company will start to realize a major reduction in recorder costs.

Agreed to:                                    Agreed to:


_____                   _____
Time 'N Temperature Corp.                     Company


_____                   _____
Date                                          Date