# Exhibit 2





▸ Products    ▸ Corporate Information    ▸ Contact Us    ▸ Download Software

**PRODUCTS:**

**PRODUCTS**

Choose from a variety of quality products, designed to meet your needs. Just Click on the icon for full details.

Software is available on each page at no charge, no need for special interface connector. Standard Db9 male/female serial port cable is available at any computer store.





**NEW** SmartChek Select



SmartChek RF



SmartLink Handheld RF



QCMax Digital Recorder



Dockside Printer



SmartChek Elite



SmartChek DL



T'NT Original Strip Chart Recorder

Home  |  International Distributors  |  News  |  Site map

© 2005 Time 'N Temperature