# Exhibit 3

Case 1:04-cv-11483-MLW     Document 44-4     Filed 06/20/2005     Page 1 of 2

# HILL & BARLOW
*A Professional Corporation*

BRUCE E. FALBY
DIRECT LINE: 617-428-3282
BFALBY@HILLBARLOW.COM


RECEIVED
JAN 2 2 2001
BY:_____

January 16, 2001

**BY CERTIFIED MAIL,
RECEIPT NUMBER P 703 455 460**

Time 'N Temperature Corp.
1502 Eastman Avenue
Ventura, CA 93003

    Re:   United States Patent Nos. 5,313,848, Re.36,200, and 4,816,822
             and Time 'N Temperature Corp.'s Smart Chek 2000 and Smart Chek
             Digital In-Transit Products

Dear Sir or Madam:

      We represent Sensitech Inc. ("Sensitech") and its wholly-owned subsidiary Ryan Instruments, Inc.

      Sensitech is the exclusive licensee, with sublicensing rights, of United States Patent No. 5,313,848 dated May 24, 1994, which was reissued as United States Patent No. Re.36,200 on April 27, 1999. Through Ryan Instruments, Inc., Sensitech also owns United States Patent No. 4,816,822 dated March 28, 1989. Copies of the three patents are enclosed for your consideration.

      By this letter, we wish to notify you of the existence of our clients' rights in these patents and their availability for license.

      We look forward to hearing from you.

                                                      Sincerely,

                                                      Bruce E. Falby

Enclosures

cc:   Eric B. Schultz (by fax, w/o encs.)
       Peter M. Nunes (by fax, w/o encs.)

ONE INTERNATIONAL PLACE · BOSTON · MASSACHUSETTS 02110-2600
TELEPHONE 617-428-3000 · FAX 617-428-3500 · WWW.HILLBARLOW.COM