# Exhibit 4



May 9, 2002

Mr. Bud Pohle
Time 'N Temperature
P.O. Box 6747
Ventura, CA 93006

Dear Bud:

Thanks for speaking with me today. I have attached via the e-mail that contains this letter a mutual nondisclosure agreement for your review. Please let me know if it is acceptable.

I appreciate your interest in pursuing discussions regarding Sensitech's potential acquisition of TNT. In the interest of speeding the process, I have outlined below how such a transaction might be done. This is a non-binding "thinking out loud" exercise to which I'd like your response:

1. Sensitech would pay cash (with some reasonable holdback for some reasonable time) for the assets of TNT.
2. We would also offer a one-year, consulting and/or non-compete agreement for you, and/or your general manager, to assist us post-closing. More or less of the total purchase price might be attributed to these agreements depending upon hard assets and tax considerations.
3. We would endeavor, with your help, to transition all TNT customers to a Ryan or TempTale product as soon as possible. The goals would be to maintain customers, optimize TNT inventory, and create as seamless as possible a transition.
4. We would be interested in interviewing and hiring any key member of your sales team, should they wish to join Sensitech. It is unlikely we would want to hire any administrative or production people, as this deal only makes sense if we can fold your product line into ours quickly.

There are usually issues in these deals about which assets are being purchased, and which (if any) liabilities are being purchased. I also know that you want to take care any of your employees who would not be offered positions by Sensitech. We are sensitive to these issues and would look for ways to make this work to everyone's benefit.

We would be able to sketch out a deal in more detail only after reviewing financials and spending some time with you and your business people. For now, however, if you can supply us three year historical revenue numbers (including Q1 2002), we can probably come up with a number, or tight range, around which you can make a decision about proceeding. Also, it would certainly move things along if you had an asking price.

From our side, any deal would have two hurdles to clear: appropriate due diligence, and the vote of our Board. I don't believe either would be a problem.

Again, it was a pleasure speaking with you today, Bud. You can let me know if you'd like to pursue this, or if you have different ideas for moving ahead.

Sincerely,


Eric B. Schultz
CEO