# Exhibit 6

 **Digital Recorders**

by  **Time 'N Temperature Corporation**

<u>**PERSONAL & CONFIDENTIAL**</u>

June 7, 2002

Mr. Eric B. Schultz, CEO
Sensitech, Inc.
800 Cummings Center  Suite 258X
Beverly, MA. 01915-6197

Dear Eric:

I received your letter packet last week but was out of the office for several days.
I appreciate your comments and analysis of the situation.

One of your observations is very accurate.  The buyer is more motivated than the
seller in this case.  As I mentioned in my phone call to you, I would entertain the
sale of the company.  However the purchase price must pay all debts, satisfy
production commitments, provide for my financial security and future income that
the company now provides to me and others that have contributed over the
years.  I guess the bottom line is, I cannot rationalize the acquisition cost for you,
I can only tell you what I need to replace 30 years of my life's work and take care
of everything that entails.

Additionally, our prospects have never looked better in those 30 years in the
recorder business and we are enjoying a healthy increase in *Smartchek* volume
every year.  Later this summer, we will introduce the new product I mentioned in
my previous letter and the interest seems to be very high in the market place.  So
any purchase/acquisition price has to compensate for the potential I see for
TNT/*SmartChek*.

In your earlier letter you requested that we propose an asking price. I
acknowledge that my asking price is higher than our current financials might
dictate for a normal acquisition.  I believe the value to Sensitech cannot be based
on our financial position, customer list or sales volume but on the value to
Sensitech to eliminate our company.  In the comparison to purchasing Ryan, I
think there is a distinguishable difference between purchasing a company with
the intention of infusing resources and expanding the business to continue
earnings vs. a buyout to eliminate the competition.   In arriving at the asking
price, I also had to consider that about 30% of any purchase price would be
necessary to cover the resulting federal and state taxes.

P.O. Box 6747 • Ventura, California 93006
800.338.7295 • 805.650.5922 • fax 805.650.0610
www.smartchek.com • e-mail smartchek@prodigy.net

You have an obligation to your Board of Directors to provide a plan to recover the purchase price in a reasonable time frame.   We have seen the other digital competition for the produce & allied fields.  It seems to be very weak.   The only quality competition for Sensitech is *SmartChek*.

By eliminating *SmartChek* in the market place you will be able to stabilize sales prices & rebates.  These savings, along with the lack of competition for future sales, the added volume when you takeover TNT & *SmartChek* customers, plus the possible large tax write-offs available in such an acquisition, Sensitech could recapture the purchase price in several years.

Let's take a different approach.  We would consider an acquisition price reduced to $ 8,500,000 based on the following criteria:

$ 5,000,000 down payment.   The secured balance $ 3,500,000 at 5% annual interest on the unpaid balance, paid over a period of 5 years.  Some of this may be in consulting fees/salary based on our negotiations.

Upon signing the agreement, TNT/SmartChek will make no further new sales calls for future business.  Thus, your competition from TNT & *SmartChek* ceases in the market place upon this agreement.  For this substantial reduction in the asking price for a maximum period of 90 days after the agreement is signed, we will continue to supply our current customers with our existing inventory of TNT & *SmartChek* recorders.  We will cancel pending orders for TNT/SC and cancel our new product development.   The sales and accounts receivable will be a compensation for our cost reduction above.   We will honor all returns and pay the rebates during this 90-day period. After this time, all customers will be transitioned to Sensitech or Ryan recorders according to your plan and we will assist in anyway possible to assure a smooth operation.

If this proposal is appealing, we can work further on the details and negotiate the fine points.   I will wait to hear from you on this matter.

Sincerely,

Budd T. Pohle
President