# Exhibit 8

CISLO & THOMAS LLP  10:42:42 05/21/05
*Attorneys at Law*

A PARTNERSHIP INCLUDING A PROFESSIONAL CORPORATION

SUITE 900
233 WILSHIRE BOULEVARD
SANTA MONICA, CALIFORNIA 90401

(310) 451-0647
L. A. (323) 870-1163
FACSIMILE (310) 394-4477
INTERNET WWW.CISLO.COM

PROCUREMENT AND ENFORCEMENT
OF INTELLECTUAL PROPERTY

PATENT, TRADEMARK
COPYRIGHT & RELATED MATTERS

May 20, 2005

VIA TELECOPIER ONLY
TRANSMISSION FAX NUMBER: (203) 977-7301
TOTAL PAGES: 2

Catherine O'Connor, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Re: Sensitech Inc. et al. v. Time 'N Temperature Company
Civil Action No. 04-11483 MLW
U.S. District Court – District of Massachusetts
Our Docket No. 04-13777

Dear Catherine:

Pursuant to our telephone conversation of earlier this week, Time 'N Temperature ("TNT") plans to bring a motion to dismiss for failure to state a claim. In our view, the complaint fails to give TNT fair notice of the claims against it because the complaint fails to identify the allegedly infringing products. Moreover, the complaint fails to state any basis for Sensitech's alleged infringement beliefs.

*Ondeo Nalco Company v. EKA Chemicals, Inc.*, 2002 U.S. Dist. LEXIS 26195 (Dist. Delaware) provides support for our position. In *Nalco*, the defendant brought counterclaims for patent infringement and identified the allegedly infringing products as "Nalco's products including the 8692 product." The *Nalco* court dismissed the claim holding: "With the exception of the description of the 8692 product, the pleadings are too vague to provide plaintiff with fair notice of which products are alleged to be infringing." The instant complaint fails to identify even a single allegedly infringing product and likewise fails to state any basis for Sensitech's alleged infringement beliefs.

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

CISLO & THOMAS LLP
*Attorneys at Law*

Catherine O'Connor, Esq.
May 20, 2005
Page 2

   Pursuant to Local Rule 7-3, in order to alleviate the need for our proposed motion, TNT desires to give Sensitech the opportunity to voluntarily cure the defects in its pleadings. Please advise if Sensitech will voluntarily amend its complaint to identify the allegedly infringing products and the basis upon which it founds its infringement beliefs.

            Very truly yours,

            CISLO & THOMAS LLP

            David B. Sandelands

cc: Daniel M. Cislo, Esq.
   Chip Bissell, Esq. (via fax: 805-649-0723)