


OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

CV05-4674-RGK (PLAx)

TO: _Clerk_
_Central District of CA_
_G-8 U.S. Courthouse_
_312 N. Spring St_
_Los Angeles CA 90012_

RE:

CIVIL ACTION #: _04-11483 MLW_

CRIMINAL #: _____

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on _____ _4/29/05_ by the Honorable _Mark L. Wolf_.

The following documents are included in our file and transmitted herewith:

(✓) Certified copy of the docket entries;

(✓) Certified copy of the transferral order;

( ) Original documents numbered _1-43_

( ) _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON
CLERK OF COURT

Date: _6/9/05_    By: _Kathy Boyce_
Deputy Clerk

FILED
CLERK, U.S. DISTRICT COURT
JUN 28 2005
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

cc: Counsel, File

The documents listed above were received by me on _6-28-05_ and assigned the following case number: _____.

By: _____
Deputy Clerk

(Transfer Cover Letter.wpd - 3/7/2005)